DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Frank.Riebli@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 19-681 CRB |
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE HEARING AND<br>) EXCLUDE TIME : ORDER |
| LEANNA ZAMORA, et al, | ) |
| Defendants. | ) |

    On December 12, 2019, the grand jury issued an indictment against Leanna Zamora, Lindsay Williams, and Shane Cratty, charging them with conspiracy to distribute fentanyl, and distribution of fentanyl resulting in serious bodily injury and death. The parties' first appearance was scheduled for February 5, 2020. On February 4, 2020, at the parties' request, the Court continued that appearance to May 6, 2020 to allow additional time to review the substantial discovery and investigate issues related to the deaths of the two victims in this case. Due to the current coronavirus pandemic and the need to avoid unnecessary gatherings and the current court closures, the Court continued the status conference to June 3, 2020. The parties subsequently agreed to continue that hearing to June 17, and then to July 7, 2020. The parties now ask to continue the first appearance to September 30, 2020 to allow time for the attorneys to meet to discuss the evidence and potential resolution, and for the defense attorneys to then

discuss that evidence with the defendants and to assess their case at trial and whether it is appropriate to agree to a pre-trial resolution. The parties had scheduled an in-person reverse proffer to allow the government to show the defendants the evidence it has against them in order to (a) provide the defendants a guide to the voluminous discovery, and (b) encourage settlement discussions. However, the ongoing pandemic and the inability to bring defendants from the jail to the courthouse for reverse proffers has caused the parties to change course. Rather than wait for normal court operations to resume, the government has agreed to conduct the reverse proffer to the defense attorneys only, and then have them relay that information to the defendants. The parties have scheduled this meeting to take place during the week of August 10, 2020. The defendants believe that they will need additional time to review the evidence after seeing the government's presentation. The parties believe that this meeting will lead to a more productive discussion with the Court at the first appearance. For these reasons, the parties ask that the Court continue the first appearance from July 7, 2020 to September 30, 2020 at 1:30 p.m. The parties further ask that the Court exclude time between June 17, 2020 and September 30, 2020 to allow for the effective preparation of counsel. The parties believe that the need to prepare outweighs the public's and the defendants' interests in a speedy trial, and therefore ask that this period be excluded. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: July 9, 2020                                   Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

    /s/
FRANK J. RIEBLI
Assistant United States Attorney


  /s/ Frank Riebli w/ permission
ELLEN V. LEONIDA
Attorney for Leanna Zamora


  /s/ Frank Riebli w/ permission
SHAFFY MOEEL
Attorney for Lindsay Williams

      /s/ Frank Riebli w/ permission
GREGOR GUY-SMITH
Attorney for Shane Cratty

For the reasons stated above, the Court finds that time is properly excluded from June 17, 2020 to and including September 30, 2020 for the effective preparation of counsel, and that these interests outweigh the interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(b)(iv). SO ORDERED.

DATED: July _10_, 2020

HON. CHARLES R. BREYER
United States District Judge