1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4
   SAILAJA M. PAIDIPATY (NYBN 5160007)
5  Assistant United States Attorney

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 637-6821
      Fax:       (415) 637-3724
8     sailaja.paidipaty@usdoj.gov

9  Attorneys for United States of America

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,          ) CASE NO: 19-CR-00681 CRB
   |                                    )
15 |     Plaintiff,                     ) NOTICE OF ATTORNEY APPEARANCE
   |                                    )
16 |     v.                             )
   |                                    )
17 | LEANNA ZAMORA,                     )
   | LINDSAY (MUNIZ) WILLIAMS,          )
18 | SHANE CRATTY                       )
   |                                    )
19 |     Defendants.                    )
   |                                    )
20

21     PLEASE TAKE NOTICE that the Assistant United States Attorney whose name, address,

22 telephone number and email address listed below is appearing as additional counsel on this case:

23                       SAILAJA M. PAIDIPATY
                     Assistant United States Attorney
24                  450 Golden Gate Avenue, Box 36055
                    San Francisco, California 94102-3495
25 //
   //
26 //
   //
27 //
   //
28 Notice of Attorney Appearance
   Case No. 19-CR-00681 CRB
                                    1

|   |   |
|---|---|
| | Telephone: (415) 436-6821 |
| | Facsimile:  (415) 436-7234 |
| | sailaja.paidipaty@usdoj.gov |

DATED:  September 8, 2020            Respectfully submitted,

DAVID L. ANDERSON
United States Attorney


  /s/
SAILAJA M. PAIDIPATY
Assistant United States Attorney