```
1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  FRANK J. RIEBLI (CABN 221152)
   SAILAJA PAIDIPATY (NYBN 5160007)
5  Assistant United States Attorney
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-7200
7         FAX: (415) 436-7234
          Frank.Riebli@usdoj.gov
8         Sailaja.Paidipaty@usdoj.gov

9  Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 19-681 CRB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE SENTENCING HEARING |
| SHANE CRATTY, | ) |
| Defendant. | ) |

Shane Cratty pleaded guilty to Count One of the Indictment of the above-captioned matter on March 17, 2021. At the change of plea hearing, the Court set the matter for sentencing on June 23, 2021. Mr. Cratty has been in custody since his arrest on December 10, 2019. Since Mr. Cratty's change of plea hearing, he has been placed in quarantine on a number of occasions, and this has made it difficult for his attorney and U.S. Probation to meet with him in order to prepare the Pre-Sentence Report. Further, Mr. Cratty's co-defendant, Lindsay Williams, a/k/a Lindsay Muniz, is currently set to be sentenced on August 11, 2021. The government wishes to minimize the number of times the victims' families must re-live the deaths at issue in this case through their participation in the sentencing proceedings. Finally, the government believes it may assist the Court in assessing Mr. Cratty's and Ms.

1 | Williams's relative culpability to sentence them together.  For these reasons, the parties ask that the

2 | Court continue Mr. Cratty's sentencing hearing from June 23, 2021 to August 11, 2021 at 10:00 a.m.

3 | DATED:  April 26, 2020                              Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

         /s/
FRANK J. RIEBLI
Assistant United States Attorney


  /s/ Frank Riebli w/ permission
GREGOR GUY-SMITH
Attorney for Shane Cratty

**[PROPOSED] ORDER**

For the reasons stated above, the Court hereby continues the Shane Cratty's sentencing hearing from June 23, 2021 to August 11, 2021 at 10:00 a.m.

SO ORDERED.

DATED: April ____, 2021

HON. CHARLES R. BREYER
United States District Judge