STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
SAILAJA PAIDIPATY (NYBN 5160007)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Frank.Riebli@usdoj.gov
    Sailaja.Paidipaty@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 19-681 CRB |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING HEARING ; ORDER |
| SHANE CRATTY, | |
| Defendant. | |

Shane Cratty pleaded guilty to Count One of the Indictment of the above-captioned matter on March 17, 2021. At the change of plea hearing, the Court set the matter for sentencing on June 23, 2021. Mr. Cratty has been in custody since his arrest on December 10, 2019. Since Mr. Cratty's change of plea hearing, he has been placed in quarantine on a number of occasions, and this has made it difficult for his attorney and U.S. Probation to meet with him in order to prepare the Pre-Sentence Report. Further, Mr. Cratty's co-defendant, Lindsay Williams, a/k/a Lindsay Muniz, is currently set to be sentenced on August 11, 2021. The government wishes to minimize the number of times the victims' families must re-live the deaths at issue in this case through their participation in the sentencing proceedings. Finally, the government believes it may assist the Court in assessing Mr. Cratty's and Ms.

1 | Williams's relative culpability to sentence them together.  For these reasons, the parties ask that the

2 | Court continue Mr. Cratty's sentencing hearing from June 23, 2021 to August 11, 2021 at 10:00 a.m.

3 | DATED:  April 26, 2020                     Respectfully submitted,

                                              STEPHANIE M. HINDS
                                              Acting United States Attorney

                                                        /s/
                                              FRANK J. RIEBLI
                                              Assistant United States Attorney


                                               /s/ Frank Riebli w/ permission
                                              GREGOR GUY-SMITH
                                              Attorney for Shane Cratty

# [~~PROPOSED~~] ORDER

For the reasons stated above, the Court hereby continues the Shane Cratty's sentencing hearing from June 23, 2021 to August 11, 2021 at 10:00 a.m.

SO ORDERED.

DATED: April __28__, 2021

_____
HON. CHARLES R. BREYER
United States District Judge