November 2, 2021

To Whom it May Concern:

We are the parents of Shane Cratty, who you will be sentencing on November 10, 2021 for his role in this tragic situation.
We are writing this letter with the hope that this will reach you and that you will have an opportunity to read these words and possibly take them into consideration when determining the fate of our son Shane.

Shane is a drug addict. Shane's behavior for at least the last decade, has been directed by his terrible choices due to his continued substance abuse patterns despite him trying to improve several times.  The consequences of his actions, along with two others, has manifested into this terrible situation. Shane never intended for this as he knew the victim, who was a friend.

Shane will now spend years in federal custody because of his actions.

In your capacity to determine the security level in which Shane will be placed, we are asking you to consider that while Shane has engaged in criminal activity in the past, it was due to drugs, and did not include violencel. Placing him in a maximum security facility may likely not allow for his sincere repentance and resurrection, to become an upstanding citizen who can return to society and be of benefit to others. Shane is not a dangerous person. He is rather a badly addicted user whose mind and judgment were compromised for years.

If possible, please consider Shane's true nature when placing him in a federal correction facility He is looking forward to taking classes, getting a college degree, if possible, and to better himself so he can lead a new and different life when he gets out. We feel like one day his brilliance might help others.

Thank you in advance for your consideration,


Rick Cratty and Jill Nussinow, father and mother