Rick Cratty
Jill Nussinow
46600 Old State Hwy, #3
Gualala CA 95445

Date: 3/12/26

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RECEIVED

MAR 1 6 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: United States v. Shane Cratty
Case No. CR 19-0681 CRB

Dear Judge Breyer:

We write to the Court as the parents of Shane Cratty. We do so with humility and with a heavy heart, because we do not know where else to turn. When we previously wrote to the Court seeking help for our son, Your Honor responded by appointing counsel and directing that a compassionate release motion be prepared. We remain deeply grateful for that intervention and for the Court's willingness to listen when our family felt helpless.

However, Shane's situation inside the Bureau of Prisons has continued to deteriorate. Over the past months we have received repeated communications from him describing profound psychological distress, fear for his safety, and thoughts of taking his own life. He has described conditions and incidents that have left him deeply traumatized and unstable. As his parents, we feel as though we are watching our son slip further into crisis while we remain powerless to help him.

We understand that the legal process moves carefully and deliberately, and we respect the work being done by counsel and the Court. But the urgency of Shane's situation has compelled us to write again. We are afraid that without immediate attention to the conditions he is experiencing and the medical treatment he is not receiving, Shane may not survive long enough for the legal process to fully address his case.

For this reason, we are submitting this letter together with an attached motion for emergency injunctive relief and supporting materials. We do not submit this as lawyers, nor do we presume to direct the legal strategy of counsel. Rather, we offer these materials with the deepest respect for the Court and for the attorneys involved, in the hope that they may assist in bringing urgent attention to the crisis our son is experiencing.

Our only request is that the Court and the attorneys involved in Shane's case review the attached motion and supporting materials and consider whether the relief requested may be

appropriate or helpful in protecting Shane while the underlying matters in his case continue to be addressed.

We write this letter not as advocates or legal experts, but simply as parents who are terrified of losing their son. The thought that Shane may take his own life, or suffer irreversible harm while waiting for help, is something we struggle with every day.

We respectfully ask that the Court and the attorneys involved consider the attached materials and determine whether any action may be taken to ensure that Shane receives the care, protection, and attention that his situation urgently requires.

Thank you for taking the time to read this letter and for the care the Court has already shown in our son's case.

Respectfully,

Rick Cratty

Jill Nussinow

Parents of Shane Cratty