Mary McNamara (SBN 147131)
mary@smllp.law
Britt Evangelist
britt@smllp.law  (SBN 260457)
Hannah Pollack
hannah@smllp.law SBN (336599)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant SHANE CRATTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>SHANE CRATTY,<br><br><br>            Defendants. | Case No.  CR 19-0681 CRB<br><br>~~[PROPOSED]~~ **ORDER GRANTING EMERGENCY MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)**<br><br>Hearing: March 18, 2026<br>Time: 10:00 a.m.<br>Dept.:    Courtroom 6, 17th Floor<br>Court: Hon. Charles R. Breyer |

**~~[PROPOSED]~~ ORDER**

Before the Court is the defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and U.S.S.G. § 1B1.3. Having reviewed the parties' submissions and heard argument thereon, and for the reasons set forth in defendant's motion, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the Defendant's previously imposed sentence of imprisonment of 96 months is

[PROPOSED] ORDER
*United States v. Cratty*
CR 19-681 CRB

reduced to time served, **WITH A RELEASE DATE OF NO LATER THAN 10:00 a.m. IN THE MORNING OF FRIDAY, MARCH 27, 2026.**  It is further

**ORDERED** that the Defendant shall abide by the standard and special supervised release conditions set forth in the Judgment.  Dkt # 122.  It is further

**ORDERED** that the Defendant abide by the following additional special supervised release conditions:

1)      As soon as practicable after release from custody at USP Canaan in Pennsylvania, Defendant shall travel to the Northern District of California and upon arrival, or no later than 72 hours after release, whichever is sooner, Defendant shall contact the U.S. Probation Officer for the Northern District of California.

2)      The Defendant shall participate in an inpatient program of testing and treatment for drug abuse, as directed by the probation officer, until such time as he is released from treatment by the probation officer.  Any fees associated with this program are waived.

3)      The Defendant shall participate in a mental health treatment program, as directed by the probation officer.  Any fees associated with this program are waived..

4)      Should there be any lapse in time between the time of Defendant's release and travel to the Northern District of California and Defendant's placement in inpatient drug treatment or residential detoxification (if needed), Defendant shall reside at his parents' home located at 46600 Old State Hwy # 3, Gualala, CA 95445 until he is ordered to report to the residential drug treatment facility identified by his probation officer.  In the event of Defendant's residing at his parents' home, Defendant shall be restricted to the home at all times except for religious services, medical, substance abuse, or mental health treatment; attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by his probation officer.

DATED:  March 20, 2026

_____
 HON. CHARLES R. BREYER
 United States District Court Judge

**[PROPOSED] ORDER**
*United States v. Cratty*
CR 19-681 CRB